LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Lindsey E. Kress (SBN 278213)
lkress@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2006-OA17, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-OA17, erroneously sued as "BANK OF THE NEW YORK," and "CWALT, INC.;" MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONAL DEFAULT SERVICING CORPORATION; and SELECT PORTFOLIO SERVICING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| MARIA CASTELLANOS, an unmarried woman;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE BANK NA (n/k/a BANK OF AMERICA); BANK OF NEW YORK, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONSTRUST COMPANY, INC.,) COUNTRYWIDE HOME LOANS, INC. (n/k/a BAC HOME LOANS SERVICING, LP CWALT, INC., NATIONAL DEFAULT SERVICING CORP., an Arizona Corporation; SELECT PORTFOLIO SERVICING INC., a Utah Corporation and Does 1-10, Inclusive<br><br>Defendants. | CASE NO.: 5:15-cv-00896-BLF<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER**<br><br>Complaint Filed: February 27, 2015 |

1
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
*Castellanos v. Countrywide Bank NA, et al.*, Case No. 5:15-cv-00896-BLF

PLEASE TAKE NOTICE that defendants BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2006-OA17, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-OA17, erroneously sued as "BANK OF THE NEW YORK," and "CWALT, INC.;" MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONAL DEFAULT SERVICING CORPORATION; and SELECT PORTFOLIO SERVICING, INC. ("Defendants") have retained Locke Lord LLP to substitute as counsel for Wright, Finlay & Zak LLP in the above captioned matter.

Withdrawing counsel for Defendants are:

> Gwen H. Ribar, Esq. (SBN 188024)
> Wright, Finlay & Zak LLP
> 4665 MacArthur Court, Suite 280
> Newport Beach, CA 92660
> Telephone: (949) 477-5050
> Fax: (949) 608-9142
> gribar@wrightlegal.net

> Olivier J. Labarre, Esq. (SBN 264246)
> Wright, Finlay & Zak LLP
> 4665 MacArthur Court, Suite 280
> Newport Beach, CA 92660
> Telephone: (949) 477-5050
> Fax: (949) 608-9142
> olabarre@wrightlegal.net

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants:

> Regina J. McClendon (SBN 184669)
> LOCKE LORD LLP
> 44 Montgomery Street, Suite 4100
> San Francisco, CA 94104
> Telephone: (415) 318-8810
> Fax: (415) 676-5816
> rmcclendon@lockelord.com

> Lindsey E. Kress (SBN 278213)
> LOCKE LORD LLP
> 44 Montgomery Street, Suite 4100
> San Francisco, CA 94104
> Telephone: (415) 318-8810
> Fax: (415) 676-5816
> lkress@lockelord.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: March 24, 2015

*/s/ Anetta Pietrzak*

Anetta Pietrzak, For Defendants BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2006-OA17, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-OA17; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and SELECT PORTFOLIO SERVICING, INC.

Dated: March 24, 2015

*/s/ Wendy Vanluven*

Wendy Vanluven, For Defendant NATIONAL DEFAULT SERVICING CORPORATION

Dated: March 24, 2015        WRIGHT, FINLAY & ZAK LLP

*/s/ Olivier J. Labarre*

Olivier J. Labarre

Dated: March 24, 2015        LOCKE LORD LLP

*/s/ Regina J. McClendon*

Regina J. McClendon

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: March 24, 2015        */s/ Regina J. McClendon*
                             Regina J. McClendon

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: March 24, 2015        _____
                             Hon. Beth L. Freeman
                             United States District Judge

3

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
*Castellanos v. Countrywide Bank NA, et al.*, Case No. 5:15-cv-00896-BLF