UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA CASTELLANOS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE BANK NA, et al.,<br><br>    Defendants. | Case No. 15-cv-00896-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF 28] |

The parties in the above-captioned action are presently scheduled to appear for case management on May 28, 2015. The Court has reviewed the parties' joint case management statement, and hereby VACATES and CONTINUES the case management conference until August 20, 2015.

**IT IS SO ORDERED.**

Dated: May 22, 2015

_____
BETH LABSON FREEMAN
United States District Judge